

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00080-CR

| | | |
|---|---|---|
| Rex Earl Tucker a/k/a Rex Tucker | § | From the 432nd District Court |
| | § | of Tarrant County (1177881D) |
| v. | § | July 11, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM